# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0101

**MARCH 30, 2021**

---

In Re:  Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 72-2020-02609.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.** The district court record shows that an Order of Recusal is pending in this matter. The record further shows that the motion at issue has been reset for April 19, 2021.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.Sm

_____
DEPUTY CLERK OF COURT
   FOR THE COURT